Case 1:15-cv-02735-DLI-LB Document 1 Filed 05/11/15 Page 1 of 2 PageID #: 1

ORIGINAL

RECEIVED
MAY 11 2015
PRO SE OFFICE

United States District Court
Eastern District of New York
Desmond M Witherspoon

Plaintiff,

Desmond M. Witherspoon

-vs-

Defendants

AT&T Center Parkway

Compliant

CV 15-2735

IRIZARRY, J.

BLOOM, M.J.

I. Parties:

Plaintiff: Desmond M. Witherspoon resides at 79 University Ave Newark, N.J. 78219

Defendant: AT&T Center Parkway resides at San Antonio, TX 78219

II. The Jurisdiction of the court is invoked pursuit to Reorganization Act of 1939

III. Statement of Claim: Reorganization of Government Entities

IV. Remedy: Service Agreement

_5/11/15_
Date

_D.W.A. [signature]_
Signature